law or fact in common with the main action. The trial court did not, therefore, abuse its discretion when it denied petitioner leave to intervene.

Judgment affirmed.

RECHENMACHER, P. J., and DIXON, J., concur.

CAMERON BRENNER, Plaintiff-Appellant, *v.* CUVE M. GLOSSER, Defendant. —WILBURT SALVESON, Plaintiff-Appellee, *v.* CUVE M. GLOSSER, Defendant.

(No. 73-356;

Second District (2nd Division)—June 17, 1975.

Opinion by Mr. JUSTICE T. MORAN.

Fearer & Nye, of Rochelle (James M. Regnier, of counsel), for appellant.

Peter J. Woods, State's Attorney, of Oregon, for appellee.